**Opinion issued April 18, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00263-CV

————————————

## IN RE JOSEPH R. WILLIE, II, Relator

———

### Original Proceeding on Petition for Writ of Mandamus

———

## MEMORANDUM OPINION

Relator, Joseph R. Willie, has filed a petition for writ of mandamus challenging the trial court's March 27, 2013 order denying his no-evidence summary-judgment motion.[1] *See* TEX. R. CIV. P. 166a(i).

---

[1]     The underlying case is *Commission for Lawyer Discipline v. Willie*, No. 2007-69255, in the 133rd District Court of Harris County, Texas, the Honorable Lena Levario presiding via special appointment.

## Applicable Law

The denial of a no-evidence summary-judgment motion is no more reviewable by appeal or mandamus than the denial of a matter-of-law summary-judgment motion. TEX. R. CIV. P. 166a cmt. The denial of a no-evidence summary-judgment motion should be treated the same as the denial of a summary-judgment motion made under rule 166a(c). *In re R.W.*, 129 S.W.3d 732, 744 (Tex. App.—Fort Worth 2004, orig. proceeding). Accordingly, we have no jurisdiction to review the trial court's denial of Willie's no-evidence summary-judgment motion.

## Conclusion

We **deny** the petition and all pending motions.

## PER CURIAM

Panel consists of Justices Jennings, Bland, and Massengale.